**CINCINNATI (city) ex OTT v
UNION GAS & ELECTRIC CO**

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 11, 1934

**600**

Sol Goodman, Cincinnati, for plaintiff in error.

C. S. Weakley, Cincinnati, William B. Ramsey, and John Weld Peck, Cincinnati, for defendant in error.

For full opinion see 2 OO 311; 49 Oh Ap 166.